Case 2:19-cv-00239 Document 43 Filed on 02/12/20 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
February 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID H. MCCALLISTER, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:19-CV-239 |
| LORIE DAVIS, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING, AS MODIFIED, MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Jason B. Libby's Memorandum and Recommendation (M&R), entered on September 30, 2019. (D.E. 39). The M&R recommends that the Court dismiss Plaintiff's case under Federal Rule of Civil Procedure 41(b). The M&R reasons that Plaintiff has not complied with court orders to file an amended compliant to cure pleading deficiencies, nor has he paid the filing fee or properly moved to proceed *in forma pauperis*. Plaintiff makes several objections to the M&R. (D.E. 40; 41).

First, Plaintiff notes that the caption of this case needs to be updated. (D.E. 40, p. 1–2). The Court does so here but finds that the update has no effect on the substance of the M&R or this order. Plaintiff also repeats his request for the appointment of a guardian ad litem. For the same reasons as the previous courts to rule on this issue, the Court denies the request.

Next, read liberally, Plaintiff objects to the M&R finding that he has not filed an amended complaint. Plaintiff maintains that he did file the amended complaint as ordered,

which in a previous filing, he states that he mailed it in July 2019. (D.E. 37, p. 1). Plaintiff also questions whether the filings in the San Antonio case were forwarded to Corpus Christi and if the facility where he is housed is holding his mail. (D.E. 40, p. 1–2).

To this point, the Court notes that the M&R seems to mischaracterize D.E. 20. It is an amended complaint filed by Plaintiff, and the Court modifies the M&R to reflect such. However, the Court issued an order on August 20, 2019, ordering Plaintiff to file an amended complaint and pay the filing fee or properly move to proceed *in forma pauperis*. (D.E. 35, p. 2). The Court further notes that the docket sheet includes all the filings since the beginning of the case, including those from the Western District of Texas in the San Antonio Division. The Court relies upon the documents that have been docketed. At the time of this order, no amended complaint has satisfied the court's August 20, 2019 order. Accordingly, the Court **OVERRULES** this objection.

Plaintiff also objects to the factual finding that he was transferred to the Southern District of Texas. (D.E. 40, p. 2). The Court **OVERRULES** this objection because Plaintiff is currently located in Beeville, TX, within the Southern District of Texas.

Plaintiff further objects to the M&R because it breaches contract law, corporate law, international law, and all rules of decency. (D.E. 40, p. 4–5). Plaintiff's argument to support the objections goes to the merits of his § 1983 claim, and his objections contain additional argument on the merits. (D.E. 40, p. 2–4). The Court finds that it need not address these arguments here because they do not change the fact that Plaintiff has still not complied with the court orders that are the subject of the M&R. As such, the Court **OVERRULES** these objections.

Last, Plaintiff objects to the fact that he is required to pay a filing fee, and he cites to United States Supreme Court Rule of Civil Procedure 40. Plaintiff argues that the rule allows him not to pay a filing fee in any court in the United States. (D.E. 41). However, Plaintiff misreads Supreme Court Rule 40 and its applicability. That rule does not waive Plaintiff's requirement to pay a filing fee in this case. *See* SUP. CT. R. 40 (applying to the United States Supreme Court and to suits under specific statutes). Accordingly, the Court **OVERRULES** this objection.

Thus, after reviewing the facts, conclusions of law, and recommendation set forth in the M&R, as well as Plaintiffs objections and all other relevant documents in the record, and having made a de novo disposition of the portions of the M&R to which the objections were directed, the Court **OVERRULES** Plaintiffs objections. The Court **ADOPTS**, as modified, the findings and conclusions of the Magistrate Judge. Accordingly, this action is **DISMISSED without prejudice.**

SIGNED and ORDERED this _____ day of February 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE